THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY FAULDS, Appellant, against MATTHEW HERBERICH, Respondent.

Argued May 25, 1950; decided July 11, 1950.

*Albert H. Treiman* for appellant.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.